**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BRENDA NETHERY** | **CIVIL ACTION NO.: 3:2024-CV-00644-JWD-EWD** |
| **VERSUS** | |
| | **JUDGE: John W. deGravelles** |
| **AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, ET AL** | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**JOINT VOLUNTARY MOTION AND ORDER OF PARTIAL DISMISSAL**</u>

In accordance with Federal Rule 41 (a) (2) through undersigned counsel, comes plaintiff, BRENDA NETHERY, and Defendants, AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, MARIE DAIGRE AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY (collectively "Defendants"), and on suggesting to this Honorable Court that plaintiff desires to dismiss any and all claims against ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, as the uninsured/underinsured motorist carrier of BRENDA NETHERY, in the above entitled and numbered cause, without prejudice, and reserving any and all rights against any other parties, including MARIE DAIGRE, AMERICAN NATIONAL PROPERTY, as the liability insurer of MARIE DAIGRE. Counsel for plaintiff, BRENDA NETHERY, has contacted counsel for Defendants and all parties consent to the dismissal of ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, as the uninsured/underinsured motorist carrier of BRENDA NETHERY.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims asserted by plaintiff, BRENDA NETHERY, in the above captioned matter adverse to ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, as the uninsured/underinsured motorist carrier of BRENDA NETHERY, be and they are hereby dismissed, without prejudice. Plaintiff further

reserves her rights to proceed against any other parties, including, AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, as the liability insurer of MARIE DAIGRE.

**THUS DONE AND SIGNED** at Baton Rouge, Louisiana, this _____ day of _____, 2024.

_____
**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**
**MIDDLE DISTRICT OF LOUSIIANA**

Respectfully submitted,                                           Respectfully submitted,

/s/ Michael J. Montalbano, III                                   /s/ J. Thaddeus Wesholz
**MICHAEL J. MONTALBANO, III (#30639)**     **J. Thaddeus Wesholz (Bar #21941)**
Gordon McKernan Injury Attorneys                    Gallaghery & Westholz, LLC
5656 Hilton Avenue                                             111 Veterans Memorial Boulvevard, Ste. 1400
Baton Rouge, Louisiana 70808                          Metairie, LA 70005
Phone: (225) 388-3103                                        Phone: (504) 887-2220
Facsimile: (225) 490-4522                                  Facsimile: (504) 754-7542
Email: Michael@getgordon.com                       Email: thad@gwplawfirm.com
*Counsel for Plaintiff*                                           *Counsel for Defendants, American national*
*BRENDA NETHERY*                                         *Property and Casualty Insurance Company*
                                                                              *and Marie Daigre*

                                                                              -AND-

                                                                               /s/ Bret Walsh
                                                                              **Bret Walsh (#23351)**
                                                                              3850 N. Causeway Blvd, Ste. 108
                                                                              Metairie, LA 70002
                                                                              Phone: (225) 328-7469
                                                                              Fax: (225) 653-6043
                                                                              E-Service Only: atonrougelegal@allstate.com
                                                                              *Counsel for Allstate Fire and Casualty*
                                                                              *Insurance Company*